UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | | |
|---|---|---|---|
| Case Title : | James A. Walker and Valerie K. Walker | Case No : | 09-37260 - C - 7 |
| | | Date : | 9/8/09 |
| | | Time : | 09:30 |
| Matter : | [12] - Motion/Application to Compel Abandonment [MHK-1] Filed by Debtor James A. Walker, Joint Debtor Valerie K. Walker (Fee Paid $150) (stps) | | |
| Judge : | Christopher M. Klein | | |
| Courtroom Deputy : | Teresa Jackson | | |
| Reporter : | Diamond Reporters | | |
| Department : | C | | |

APPEARANCES for :
**Movant(s) :**
    Debtor(s) Attorney - David M. Meegan
**Respondent(s) :**
    Creditor - Precott Cole; Bernice Yew; Melodie Carter
(by phone)    Creditor - Paul Dutra; Lincoln Brevard

HEARING CONTINUED TO: 10/13/09 at 10:30 AM


Opposition: 10/8/09