

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

**FILED**

SEP 21 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

JAMES A. WALKER AND

VALERIE K. WALKER

Debtors.

In Proceedings Under Chapter 7

Case No. 09-37260-C-7

**OPPOSITION TO MOTION TO ABANDON LAW PRACTICE TO DEBTOR**

Date: September 21, 2009

Time: 10:30 AM

Dept: C-Courtroom 35

Hon. Christopher M. Klein

---

I, Denise Saylors, hereby declare:

1. My mom, Rosemary Borland, hired James Walker/Senior Care Advocates, to make a Living Trust for her.

2. Mom selected me to be the Successor Trustee.

3. Mom passed away on February 8, 2007.

4. On February 15, 2007, James Walker advised me, that for $12,000, he would help me administer/execute the Trust.

5. Walker stated that if $12,000 ended up being too high, he would issue a refund to me, or the Trust, whichever would be applicable.

6. I, never having administered/executed a Trust before, with the understanding that if the $12,000 fee ended up being too high, a refund would be made to the Trust, or to the me if the Trust reimbursed me, agreed to have James Walker/Senior Care Advocates help me administer/execute the Trust.

7. On February 15, 2007, I paid $12,000 to James Walker/Senior Care Advocates.

8. On September 8, 2008, Regina Herrera, case manager/assistant/agent for /Senior Care Advocates, sent an e-mail to me with the accounting of footnote number 3, she stated that James Walker/Senior Care Adv $6,842.25 to the Trust.

9. On November 14, 2008, Regina Herrera of James Walker/Senior Care Advc e-mail to me stating that she "...re-calculated the distribution figures for the funds owed to you by SCA."

10. From June to December of 2008, I made requests to James Walke Advocates asking for instructions to finalize/execute the Trust and to n James Walker/Senior Care Advocates would fulfill their promise to issue refund.

11. On December 11, 2008, I went to the James Walker/Senior Care Advoc California office (I live in Hawaii). James Walker was in the office. I ident him and asked for the refund. He said he would not be issuing me/the 1 He also refused to give me anything in writing. He said he would not g stating when he would make payment nor would he give me a denial of p him that he was being intentionally vague. He said, yes, he was.

12. I did not know that James Walker/Senior Care Advocates was filing for bз two days ago when I received phone call notification from the California St

I declare under penalty of perjury under the laws of the State of California that tl true and correct.

Dated: 9/16/09

Denise M. Saylors,

Successor Trustee