HANK G. GREENBLATT, ESQ., SBN: 143415
DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
hgreenblatt@dbbc.com

Attorney for Creditor
DONNA MORGAN

FILED
OCT - 2 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

In re:

JAMES and VALERIE WALKER,

Debtors.

Case No. 09-37260-C-7

OBJECTION

Date: October 13, 2009
Time: 10:30 a.m.
Dept: C
Hon. Christopher M. Klein

CREDITOR, DONNA MORGAN, HEREBY OBJECTS TO THE DEBTOR'S REQUEST THAT THE TRUSTEE ABANDON DEBTOR'S LAW PRACTICE BACK TO HIM SO THAT HE MAY CONTINUE TO PRACTICE LAW.

Creditor asserts that Debtor, James Walker, has committed multiple acts of fraud, misappropriation of funds as a licensed attorney, as well as financial elder abuse. A complaint has been filed by Creditor, Donna Morgan, a former client of Mr. Walker, with the State Bar.

To permit the abandonment of this practice back to Mr. Walker to enable him to take advantage of more victims before action is taken by the State Bar would be inequitable as well as a gross miscarriage of justice.

Respectfully submitted,

DATED: 10/1/09

DREYER BABICH BUCCOLA CALLAHAM & WOOD, LLP

By: _____
HANK G. GREENBLATT, ESQ.

{00477924.DOC; 1}