

FILED

OCT 06 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

To US Bankruptcy Court                    October 4, 2009
Eastern District of California

Re Bankruptcy Case number   09-37260-C-7 James A. Walker   Valerie K Walker

To Thomas A Aceituno   Trustee in the above Bankruptcy

I, Brently F. Hubbard and Carol J. Hubbard, Being Creditors in the above Bankruptcy do
hereby formally object to the motion to compel the trustee to abandon the law practice
and all other Exempt property from the bankruptcy.   Our retirement funds went into his
retirement fund, and those funds should be released back to the creditors.

Thank You Very Much

Brently F. Hubbard              Carol J. Hubbard        10-04-2009