FILED

RALS  OCT 07 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>JAMES A. WALKER AND<br>VALERIE K. WALKER<br><br>Debtors. | In Proceedings Under Chapter 7<br>Case No. 09-37260-C-7<br><br>**OPPOSITION TO MOTION TO ABANDON LAW PRACTICE TO DEBTOR**<br><br>Date: October 13, 2009<br>Time: 10:30 AM<br>Dept: C – Courtroom 35<br>Hon. Christopher M. Klein |

I, Ruth Garcia, hereby declare:

1. I am 77 years old. I reside in Grass Valley, California. My telephone number is (530) 274-1209.

2. Approximately four years ago I gave $15,000 to Senior Care Advocates and Attorney James A. Walker for what I was thought was going to be assistance. If I ever had to go to a long term facility, his program would protect my home and assets so I could become eligible for Medi-Cal.

3. When I gave the $15,000 I was told by attorney Walker that his program would protect me if I were to go to a long term facility.

4. On or about August 29, 2009 I received a solicitation by mail from Attorney Walker with an offer to update my living trust, even though I thought this was part of the $15,000 already paid.

5. I paid him if good faith, and I feel he should available to fulfill his obligations to me as a paid client. I would oppose allowing Mr. Walker to abandon his law practice through bankruptcy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 10/5/2009                                        Ruth Garcia