# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Case Title :** | James A. Walker and Valerie K. Walker | **Case No :** | 09–37260 – C – 7 |
| | | **Date :** | 10/13/09 |
| | | **Time :** | 10:30 |

**Matter :** [12] – Motion/Application to Compel Abandonment [MHK–1] Filed by Debtor James A. Walker, Joint Debtor Valerie K. Walker (Fee Paid $150) (stps)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
  Debtor(s) Attorney – David M. Meegan
**Respondent(s) :**
  Trustee – Thomas A. Aceituno
  Creditor – Prescott Cole

HEARING CONTINUED TO: 12/1/09 at 10:30 AM